**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01642-CV

## IN RE REGINALD NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

# ORDER
Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas corpus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     LANA MYERS
        JUSTICE